IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GHEORGHE GUSIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY MARK BIANCHI, et al. | : | NO. 14-7298 |

ORDER

AND NOW, this 18th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) plaintiff's motion for reconsideration (Doc. # 25) is GRANTED; and

(2) the Order dated April 25, 2015 staying this action against defendant Marguerite R. Bianchi (Doc. # 16) is VACATED.

BY THE COURT:

/s/ Harvey Bartle III
J.