IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GHEORGHE GUSIN | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI, et al. | : | NO. 14-7298 |

ORDER

AND NOW, this 28th day of June, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Marguerite Bianchi for summary judgment (Doc. # 45) is DENIED;

(2)  the motion of plaintiff Gheorghe Gusin for partial summary judgment (Doc. # 46) is GRANTED with respect to plaintiff's claim as to liability against defendant Anthony Mark Bianchi under 18 U.S.C. § 2255; and

(3)  the motion of plaintiff Gheorghe Gusin for partial summary judgment (Doc. # 46) is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                         J.